In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00532-CR
NO. 09-12-00533-CR

_____

WILBUR BRANDON NIXON A/K/A WILBUR NIXON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 11-12114 and 11-13031

MEMORANDUM OPINION

Under a plea bargain for burglary of a habitation and "violation of a protective order with previous convictions[,]" the trial court deferred adjudication of guilt in each case and placed Wilbur Nixon on community supervision.

The trial court subsequently determined that Nixon violated the terms of his community supervision, and the court adjudicated his guilt. The trial court sentenced him to twenty years of confinement for the offense of burglary of a

1

habitation and ten years of confinement for the offense of violation of a protective order with previous convictions. The sentences run consecutively.

Nixon's appellate counsel filed a brief in each case that presents counsel's professional evaluation of the record. Counsel concludes that there are no arguable grounds for appeal in either case. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Nixon filed a response. We have reviewed the appellate records and agree with counsel's conclusion that no arguable issues support an appeal in either cause. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgments are affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on June 26, 2013
Opinion Delivered August 28, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.